STEPHEN R. MICK (SBN 131569)
JOANNA H. KIM (SBN 183799)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:   310-229-1000
Facsimile:   310-229-1001
E-mail:      smick@akingump.com
             jkim@akingump.com

EDWARD F. MANNINO (admitted *pro hac vice*)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2005 Market Street, Suite 2200
Philadelphia, Pennsylvania 19103
Telephone:   215.965.1200
Facsimile:   215.965.1210
E-mail:      emannino@akingump.com

Attorneys for Defendant and Counterclaimant
VERISIGN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IDN TECHNOLOGIES LLC, a limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>VERISIGN, INC., a corporation,<br><br>    Defendant. | Case No. C-03-03029 (PJH)<br><br>**E-FILING**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO STAY RULING OF CLERK ON TAXATION OF COSTS PENDING EXECUTION OF SETTLEMENT AGREEMENT** |
| AND RELATED COUNTERCLAIM | |

5742513

1     Plaintiff and Counterdefendant IDN Technologies LLC ("IDNT") and Defendant and Counterclaimant VeriSign, Inc. ("VeriSign"), through their respective counsel of record, hereby agree and stipulate to the entry of the following Stipulation and Proposed Order:

    WHEREAS, the Clerk's determination on the taxation of costs is presently scheduled to be issued on or after June 6, 2005;

    WHEREAS, in the related case entitled, *VeriSign, Inc. v. IDN Technologies, LLC*, Case No. 05-00099 PJH, due to limited availability in Judge Laporte's calendar and scheduling difficulties of the parties, the earliest available date to conduct a settlement conference before Judge Laporte is on July 13, 2005, and hence the parties have reserved that date for the settlement conference;

    WHEREAS, the parties have reached a settlement in principal, have engaged in discussions regarding the drafting of the settlement agreement, and believe that the settlement agreement will be documented and executed by July 13, 2005;

    WHEREAS, in view of the settlement in principal, the parties seek to stay the Clerk's ruling on the taxation of costs until at least July 13, 2005, as a stay would facilitate the parties' settlement and the execution of the settlement agreement would dispose of the need for a ruling on the taxation of costs; and

    WHEREAS, the parties intend to immediately notify the Clerk once the settlement agreement is executed.

NOW THEREFORE, IT IS HEREBY STIPULATED by and between IDNT and VeriSign to stay the Clerk's ruling on the taxation of costs until on or after July 13, 2005.

Dated: June 2, 2005

AKIN GUMP STRAUSS HAUER & FELD LLP

By _____
Joanna H. Kim
Attorneys for Defendant and Counterclaimant
VERISIGN, INC.

Dated: June 2, 2005

EDWARDS & ANGELL, LLP

By _____
Scott Wofsy
Attorneys for Plaintiff and Counterdefendant
IDN TECHNOLOGIES, LLC

IT IS SO ORDERED:

Dated: June 3, 2005

_____
Honorable Phyllis J. Hamilton
United States District Court Judge

5742513

2

STIPULATION AND [PROPOSED] ORDER TO STAY RULING OF CLERK ON TAXATION OF COSTS
PENDING EXECUTION OF SETTLEMENT AGREEMENT
Case No. C-03-03029 (PJH)

NOW THEREFORE, IT IS HEREBY STIPULATED by and between IDNT and VeriSign to stay the Clerk's ruling on the taxation of costs until on or after July 13, 2005.

Dated: June 2, 2005

AKIN GUMP STRAUSS HAUER & FELD LLP

By_____
Joanna H. Kim
Attorneys for Defendant and Counterclaimant
VERISIGN, INC.

Dated: June 2, 2005

EDWARDS & ANGELL, LLP

By_____
Scott Wolfy
Attorneys for Plaintiff and Counterdefendant
IDN TECHNOLOGIES, LLC

IT IS SO ORDERED:

Dated: June __, 2005

_____
Honorable Phyllis J. Hamilton
United States District Court Judge

5742513

2

STIPULATION AND [PROPOSED] ORDER TO STAY RULING OF CLERK ON TAXATION OF COSTS
PENDING EXECUTION OF SETTLEMENT AGREEMENT

Case No. C-03-03029 (PJH)