STEPHEN R. MICK (SBN 131569)
JOANNA H. KIM (SBN 183799)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:    310-229-1000
Facsimile:    310-229-1001
E-mail:       smick@akingump.com
              jkim@akingump.com

EDWARD F. MANNINO (admitted *pro hac vice*)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2005 Market Street, Suite 2200
Philadelphia, Pennsylvania 19103
Telephone:    215.965.1200
Facsimile:    215.965.1210
E-mail:       emannino@akingump.com

Attorneys for Defendant and Counterclaimant
VERISIGN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IDN TECHNOLOGIES LLC, a limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>VERISIGN, INC., a corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM | Case No. C-03-03029 (PJH)<br><br>**E-FILING**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR A BRIEF STAY OF RULING OF CLERK ON TAXATION OF COSTS PENDING EXECUTION OF SETTLEMENT AGREEMENT** |

5764084

STIPULATION AND [PROPOSED] ORDER FOR A BRIEF STAY OF RULING OF CLERK ON TAXATION OF COSTS
PENDING EXECUTION OF SETTLEMENT AGREEMENT

Case No. C-03-03029 (PJH)

Plaintiff and Counterdefendant IDN Technologies LLC ("IDNT") and Defendant and Counterclaimant VeriSign, Inc. ("VeriSign"), through their respective counsel of record, hereby agree and stipulate to the entry of the following Stipulation and Proposed Order:

WHEREAS, on June 3, 2005, the Court issued an order staying the Clerk's determination on the taxation of costs until on or after July 13, 2005;

WHEREAS, the parties have already reached a settlement in principal, have exchanged multiple drafts of the settlement agreement, and believe that the settlement agreement will be executed within the next few days;

WHEREAS, in view of the anticipated settlement agreement, the parties seek a brief stay of the Clerk's ruling on the taxation of costs until July 20, 2005, as the stay would facilitate the execution of the settlement agreement, which would dispose of the need for a ruling on the taxation of costs; and

WHEREAS, the parties intend to immediately notify the Clerk once the settlement agreement is executed.

NOW THEREFORE, IT IS HEREBY STIPULATED by and between IDNT and VeriSign to stay the Clerk's ruling on the taxation of costs until on or after July 20, 2005.

Dated: July 13, 2005

AKIN GUMP STRAUSS HAUER & FELD LLP

By _____
Joanna H. Kim
Attorneys for Defendant and Counterclaimant
VERISIGN, INC.

Dated: July 13, 2005

EDWARDS & ANGELL LLP

By _____
Scott Wofsy
Attorneys for Plaintiff and Counterdefendant
IDN TECHNOLOGIES, LLC

IT IS SO ORDERED:

Dated: July 15, 2005

_____
Honorable Phyllis J. Hamilton
United States District Court Judge

5764084

1

STIPULATION AND [PROPOSED] ORDER FOR A BRIEF STAY OF RULING OF CLERK ON TAXATION OF COSTS
PENDING EXECUTION OF SETTLEMENT AGREEMENT

Case No. C-03-03029 (PJH)